**DISMISS in part DENY in part and Opinion Filed August 6, 2024**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-24-00919-CV**
_____

**IN RE ALEXIS DANIELLE ROSS, Relator**

**Original Proceeding from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-02732-2024**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Pedersen, III

Before the Court is pro se relator's August 5, 2024 petition for writ of prohibition. Relator identifies the respondents as being Amy Cundiff, Court Administrator, County Court at Law No. 7, in Collin County and Vincent Venegoni, Justice of the Peace, Precinct 4, Collin County. Relator contends that she is facing an imminent eviction and asks this Court to compel the Justice of the Peace, Precinct 4 and County Court at Law No. 7 to (1) quash a writ of possession issued on August 5, 2024, and (2) cease all proceedings on a motion to dismiss.

To the extent relator seeks a writ of mandamus or writ of prohibition against a court administrator or justice of the peace, we dismiss relator's petition for want

of jurisdiction. This Court does not have writ jurisdiction over a justice of the peace or court administrator unless the justice of the peace or court administrator is interfering with our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221; *see e.g.*, *In re Gardner*, No. 05-19-01087-CV, 2019 WL 4565533, at *1 (Tex. App.—Dallas Sept. 20, 2019, orig. proceeding) (mem. op.) (dismissing mandamus petition seeking relief against justice of the peace for want of jurisdiction); *cf. In re Cabrera*, No. 05-15-01106-CV, 2015 WL 5692735, at *1 (Tex. App.—Dallas Sept. 29, 2015, orig. proceeding) (mem. op.) (dismissing for want of jurisdiction mandamus petition seeking relief against a district clerk). Relator does not identify, and we have not found, any appeal in this Court relating to relator; thus, our jurisdiction is not in jeopardy.

To the extent relator asks this Court to issue a writ of mandamus or writ of prohibition against a judge presiding over County Court at Law No. 7 in Collin County, we deny relator's petition. Relator's petition does not comply with the Texas Rules of Appellate Procedure in numerous ways.

*See* TEX. R. APP. P. 52.3(a)–(c), (d)(2), (f)–(h), (j), (k)(1)(A); TEX. R. APP. P. 52.7(a)(1); *In re Medhanealem Eritrean Orthodox Tewahedo Church*, No. 05-24-00638-CV, 2024 WL 2717721, at *1 (Tex. App.—Dallas May 28, 2024, orig. proceeding) (mem. op.) ("A petition for writ of prohibition must comply with rule 52 of the Texas Rules of Appellate Procedure.").

/Bill Pedersen, III/

BILL PEDERSEN, III
JUSTICE

240919F.P05